UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PAMELA SHERMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C05-5669-RBL<br><br><br><br>ORDER OF REMAND |

    Based on the stipulation of the parties, it is hereby ORDERED that the Commissioner's final decision be reversed and remanded for further proceedings pursuant to sentence four of 42 U.S.C. §405(g). Upon remand to the Commissioner of Social Security, the Appeals Council will remand this case to the administrative law judge to (1) fully consider and evaluate the entirety of the opinions of Barry Carlaw, Ph.D. and William Kelly, M.D.; (2) reevaluate Plaintiff's residual functional capacity, including any assessed mental limitations and limitations related to Crohn's disease; (3) further evaluate Plaintiff's past relevant work considering whether work was

PAGE 1 PROPOSED ORDER [05-5669-RBL]

performed at substantial gainful activity levels; and (4) reevaluate Plaintiff's ability to perform her past relevant work considering the exertion level of the jobs. Plaintiff may present new arguments and further medical evidence, if such evidence becomes available.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 16th day of February, 2006.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:


    s/ Karen L. Strombom
_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ JOANNE E. DANTONIO   WSB # 23623
Special Assistant U.S. Attorney
Office of the General Counsel
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA   98104-7075
Phone:  206-615-2730
Fax:      206-615-2531
joanne.dantonio@ssa.gov

PAGE 2 PROPOSED ORDER [05-5669-RBL]