# United States District Court

WESTERN DISTRICT OF WASHINGTON

PAMELA SHERMAN

JUDGMENT IN A CIVIL CASE

v.

MICHAEL ASTRUE

CASE NUMBER: C05-5669RBL

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. Plaintiff's attorney, Jeanette Laffoon, is awarded attorney fees of $13,286.40 pursuant to 42 U.S.C. § 406(b).

July 22, 2009

BRUCE RIFKIN
Clerk

*/s/ Jennie L. Patton*
Deputy Clerk